MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 552-6031
   Facsimile: (415) 436-7234
   Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0758 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| MATIAS MENDOZA-GUERRA, | |
| Defendant. | |

     The parties appeared before the Court on October 15, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 15, 2010 to November 4, 2010, in light of the need for the defense review discovery and consider a plea offer. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation of

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. MATIAS MENDOZA-GUERRA, CR 10-0758          1

1 | counsel, taking into account the exercise of due diligence.

2 |     2. Given these circumstances, the Court found that the ends of justice served by excluding
3 | the period from October 15, 2010 to November 4, 2010, outweigh the best interest of the public
4 | and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

5 |     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
6 | October 15, 2010 to November 4, 2010, be excluded from the Speedy Trial Act calculations
7 | under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

9 |     SO STIPULATED:

11 |                         MELINDA HAAG
                            United States Attorney

13 | DATED: October 18, 2010            /s/
                          PATRICIA SPALETTA
14 |                           Special Assistant United States Attorney

16 | DATED: October 18, 2010            /s/
                          Shawn Halbert
17 |                           Assistant Federal Public Defender

19 | SO ORDERED.

21 | DATED:___10/22/10____
22 |                           THE HON. [signature: Judge Joseph C. Spero]
                          United States [Magistrate Judge]