BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Matias Mendoza-Guerra

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00758 VRW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING BAIL HEARING FROM OCTOBER 25, 2010 TO NOVEMBER 4, 2010 |
| v. | |
| MATIAS MENDOZA-GUERRA, | |
| Defendant. | |

**STIPULATION**

The parties are scheduled to appear before this Court for a bail hearing on October 25, 2010. Defendant has an ICE hold. The USM has requested that the matter be re-calendared. The parties thus request that the matter be continued to a date selected by the defense on which government counsel is also available, which is November 4, 2010. Mr. Mendoza-Guerra has already waived his right to have a bail hearing within five days (not including any intermediate Saturday, Sunday, or legal holiday), pursuant to 18 U.S.C. § 3142(f)(2), and further waives that right until November 4, 2010. The time between the last court appearance and November 4, 2010 has already been excluded

STIP. & ORDER
No. CR 10-00758 VRW            - 1 -

under the Speedy Trial Act, so no further exclusion is necessary.

SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

DATED: October 21, 2010           /s/
                        PATRICIA SPALETTA
                        Special Assistant United States Attorney

DATED:  October 21, 2010          /s/
                        SHAWN HALBERT
                        Assistant Federal Public Defender

## ORDER

For the reasons stated above and pursuant to the parties' stipulation, the Court finds that the continuance of time for the bail hearing before the duty court from October 25, 2010 to November 4, 2010 is warranted and continues the hearing accordingly.

SO ORDERED.

DATED: 10/22/10                         _____
                                      THE HONORABLE JOSEPH C. SPERO
                                      United States Magistrate Court