MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 552-6031
    Facsimile: (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0758 ~~WHA~~ VRW |
| Plaintiff, | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| MATIAS MENDOZA-GUERRA, | ) | |
| Defendant. | ) | |

    The parties appeared before the Court on November 4, 2010.  With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 4, 2010 to January 13, 2011, in light of the need for the defense review discovery and prepare the case.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation of counsel, taking into

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. MATIAS MENDOZA-GUERRA, CR 10-0758    1

1  account the exercise of due diligence.

2  2. Given these circumstances, the Court found that the ends of justice served by excluding
3  the period from November 4, 2010 to January 13, 2011, outweigh the best interest of the public
4  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

5  3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
6  November 4, 2010 to January 13, 2011, be excluded from the Speedy Trial Act calculations
7  under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

9  SO STIPULATED:

11  MELINDA HAAG
    United States Attorney

13  DATED: November 8, 2010            /s/
                                       PATRICIA SPALETTA
14                                     Special Assistant United States Attorney

16  DATED: November 8, 2010            /s/
                                       Shawn Halbert
17                                     Assistant Federal Public Defender

19  SO ORDERED.

21  DATED: 11/10/2010
                                       THE HON. VAUGHN R. WALKER
22                                     United States Chief Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. MATIAS MENDOZA-GUERRA, CR 10-0758                                              2